CERTIFICATE

State of Illinois  )
                   )  ss
County of Marion   )

I, TIFFANY SCHICKER, Clerk of the Circuit Court in and for said County, in the State aforesaid, do hereby certify that I am the keeper of the records, files and seal of said Court, and that said Court is a court of record, having a duly elected, qualified and acting Clerk and a seal; said Court has original jurisdiction in all matters of law and equity. I do also certify that the foregoing is a true and complete copy of the following case:

   2022-LA-19  /  CLAXTON, STAR ET AL VS. CASEY'S GENERAL STORE, INC.
        RECORD SHEETS, COMPLAINT, JURY DEMAND, SUMMONS.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Official Seal of said office, in my office in Salem, Illinois, this 1st day of JUNE, 2022.

*[Seal: Marion County Illinois Judicial Circuit Court]*

*Tiffany Schicker*
Clerk of the Circuit Court

*Regina Malan*
Deputy

EXHIBIT A

**2022-LA-000019-P -001**
**CLAXTON, STAR ET AL VS. CASEY'S GENERAL STORE, INC**

**Judge CR**

| | |
|---|---|
| **05/05/2022** | COMPLAINT FILED. |
| | JURY DEMAND FILED. |
| | SUMMONS ISSUED AND RETURNED TO ATTORNEY DANIELS. |
| **05/09/2022** | A/R added with total of $533.50. |
| | Payment of $533.50 applied on 05/09/2022. |
| | Account Status Report generated. |

EXHIBIT A

FILED
CLERK OF THE CIRCUIT COURT
5/5/2022 1:25 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | |
|---|---|
| STAR CLAXTON and DENNIS CLAXTON, | ) |
| Plaintiffs | ) |
| v. | ) 2022LA19 |
| CASEYS GENERAL STORES, INC., | ) |
| Defendant. | ) |

## **COMPLAINT**

### COUNT I

NOW COMES the Plaintiff, Star Claxton, by and through her attorney, Daniels Wilzbach PC, and for Count I of her Complaint against the Defendant, Casey's General Stores, Inc., states as follows:

1. At all times relevant herein, Plaintiff, Star Claxton, was a resident of Marion County Illinois.

2. At all times relevant herein, Defendant, owned, maintained and or operated the premises for a retail establishment located at 908 E. Noleman, Centralia, Marion County, Illinois.

3. On January 11, 2021, Plaintiff was a business invitee on the premises at 908 E. Noleman, Centralia, Illinois.

4. On the above referenced date, as Plaintiff was proceeding down the aisle, an employee was stocking product in the same aisle.

5. As she passed by the employee said employee placed a crate on the floor in her path that was not present on her first pass and on her return to the front of the store caused her to trip and fall over the crate.

12. At all times relevant to this Complaint Dennis Claxton was married to Star Claxton.

13. Plaintiff, Dennis Claxton, as a direct and proximate result of the injuries to Star Claxton, was denied the normal society and association with his wife in whole or in part.

WHEREFORE, Plaintiff, Dennis Claxton, individually, prays this Honorable Court enter judgment against the Defendant, Casey's General Stores, Inc., in an amount which will reasonably and fairly compensate him for damages he has suffered plus costs of this suit.

PLAINTIFFS REQUEST TRIAL BY JURY

DANIELS WILZBACH, PC

Attorney for Plaintiffs

By S/Christopher B. Daniels
Christopher B. Daniels

Christopher B. Daniels
ARDC#6217196
DANIELS WILZBACH PC
112 W Main
Salem, IL 62881
Tel (618)548-6500
Fax (618)548-6573
attorneys@danielswilzbach.com

STATE OF ILLINOIS )
) SS.
COUNTY OF MARION )

## AFFIDAVIT

I, the undersigned, being first duly sworn, state as follows:

1. That I am the attorney for the Plaintiff in the above-referenced and styled cause.

2. That upon information and belief at the date of this affidavit, the total money damages sought in this matter for Plaintiff's injuries does exceed Fifty Thousand Dollars ($50,000.00).

Further, Affiant sayeth not.

_____
Christopher B. Daniels

Subscribed and sworn to before me this 5 day of May, 2022.

_____
Notary Public

OFFICIAL SEAL
DEANNA M DANIELS
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/23/25

EXHIBIT A

FILED
CLERK OF THE CIRCUIT COURT
5/5/2022 1:25 PM
Tiffany Schicker
MARION COUNTY
SALEM ILLINOIS

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | |
|---|---|
| STAR CLAXTON and DENNIS CLAXTON, | ) |
| Plaintiffs | ) ) ) |
| v. | ) 2022LA19 |
| CASEYS GENERAL STORES, INC., | ) ) ) |
| Defendant. | ) |

## JURY DEMAND

**NOW COMES** the Plaintiffs by and through their attorney, Christopher B. Daniels of Daniels Wilzbach, P.C., and Requests a 12 Man Jury for trial of all issues.

Respectfully submitted,

**DANIELS WILZBACH, PC**
BY: /s/ Christopher B. Daniels
Christopher B. Daniels
Attorney #6217196

Daniels Wilzbach, PC
112 W Main Street
Salem IL 62881
TEL (618) 548-6500
FAX (618) 548-6573
attorneys@danielswilzbach.com

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
MARION COUNTY, ILLINOIS

| | |
|---|---|
| STAR CLAXTON and DENNIS CLAXTON, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CASEYS GENERAL STORES, INC., ) <br> ) <br> Defendant. ) | 2022LA19 |

## SUMMONS

TO EACH DEFENDANT: C T Corporation System, agent for Casey's General Stores, Inc., **208 SO LASALLE ST, SUITE 814, CHICAGO, IL 60604**

YOU ARE SUMMONED and required to file an answer to the Complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the Office of the Clerk of this Court in the Marion County Courthouse, Salem, Illinois, within 30 days after service of this summons, not counting the day of service. **E-filing is now mandatory for documents in civil cases with limited exceptions.** To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or contact your local circuit clerk's office.

IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness 5/5/2022

_____
(Clerk of the Circuit Court)

Name: Daniel Wilzbach, P.C.
Christopher B. Daniels
Attorney for Plaintiff
Address: 112 W. Main St.
City: Salem IL 62881
TEL: (618)548-6500
FAX: (618)548-6573