IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STAR CLAXTON and
DENNIS CLAXTON,

Plaintiffs,

v.

CASEY'S RETAIL COMPANY,

Defendant.

Case No. 22-cv-1213 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 4/5/2023**          MONICA A. STUMP, Clerk of Court

                             **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**